UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OCEANA, INC, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 04-0811 (ESH) |
| | ) |
| DONALD L. EVANS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the pleadings, arguments of counsel, and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiffs Conservation Law Foundation's and Natural Resources Defense Council's motion for summary judgment [#34] is **DENIED**, except that plaintiffs' motion as to their Claim Three is **GRANTED** insofar as it challenges under the Magnuson-Stevens Act and the Administrative Procedure Act defendants' failure in Amendment 13 to establish a standardized bycatch reporting methodology; it is

**FURTHER ORDERED** that plaintiff Oceana's motion for summary judgment [#33] is **DENIED**, except that plaintiff's motion as to its Claim Three is **GRANTED** insofar as it challenges under the Magnuson-Stevens Act and the Administrative Procedure Act defendants' failure in Amendment 13 to establish a standardized bycatch reporting methodology; it is

**FURTHER ORDERED** that plaintiff Trawlers Survival Fund's motion for summary judgment [#35] is **DENIED**, except that plaintiff's motion as to its Count Seven is **GRANTED** insofar as the Cout concludes that the third sentence of 50 C.F.R. § 648.85(a)(2)(i)(D) is invalid;

and it is

**FURTHER ORDERED** that summary judgment is **GRANTED** in favor of defendants except as to Count Seven of plaintiff Trawlers Survival Fund's complaint and as to CLF's and Oceana's Claim Three. The issue of establishing a standardized bycatch reporting methodology is remanded to the Secretary for further action consistent with the accompanying Memorandum Opinion.

                                                                                             s/
                                                ELLEN SEGAL HUVELLE
                                                United States District Judge

Date:  March 9, 2005